## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| SHARON H. WILLIAMSON, | ) | Civil Action No. 6:13-cv-1816 DCN |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney fees. Plaintiff filed this petition on April 30, 2014. Defendant filed a response on May 5, 2014, stating that the parties agreed to an award of $4,702.81 in attorneys fees, $7.00 for costs and $16.00 for expenses under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $4,702.81 in attorney fees, $7.00 for costs and $16.00 for expenses under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

May 7, 2014
Charleston, South Carolina